James Arthur COCKHREN; Margaret Louise Cockhren, Plaintiffs–Appellants,

v.

H. Raymond TERPSTRA, II, Defendant–Appellee.

No. 15–1033.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 18, 2015.

Filed: Aug. 21, 2015.

James Arthur Cockhren, Waterloo, IA, pro se.

Margaret Louise Cockhren Waterloo, IA, pro se.

H. Raymond Terpstra, II, Cedar Rapids, IA, pro se.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

James Cockhren and Margaret Cockhren appeal the district court's dismissal[1] of their pro se complaint against an attorney. In their complaint, they asserted claims under the Truth in Lending Act, a state-law claim for breach of fiduciary

---

[1]. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

duties, and a state-law claim for loss of consortium. After careful de novo review, see *Levy v. Ohl,* 477 F.3d 988, 991 (8th Cir.2007) (standard of review), we conclude that the complaint failed to state a claim, see `15 U.S.C. § 1602(g) (defining "creditor" under Truth in Lending Act); *Shivvers v. Hertz Farm Mgmt., Inc.,* 595 N.W.2d 476, 479 (Iowa 1999) (discussing attorney's duty of care); *Huber v. Hovey,* 501 N.W.2d 53, 57 (Iowa 1993) (discussing loss-of-consortium claim under Iowa law); *see also Fullington v. Pfizer, Inc.,* 720 F.3d 739, 747 (8th Cir.2013) (court of appeals may affirm on any basis supported by record).

The judgment is affirmed. *See* 8th Cir. R. 47B.